GWENDOLYN P. WOOD *vs.* FRANK A. HERNBERG & another. December 11, 1957. Interlocutory decree affirmed. Final decree affirmed with double costs of the appeal to the plaintiff. There is here applicable the "brief statement of the grounds and reasons of the decision" accompanying the companion case decided herewith. The final decree in this suit made appropriate provision for subordinating the equitable attachment to that in the companion case which was earlier in time. There was no error.